```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22061
   JEANNE JOHNSTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2346

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/26/2007 and was not confirmed.

     The case was dismissed without confirmation 03/19/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
BANK OF AMERICA NA       CURRENT MORTG         .00         .00         .00
BANK OF AMERICA NA       MORTGAGE ARRE     10802.12        .00         .00
IRWIN HOME EQUITY        CURRENT MORTG         .00         .00         .00
IRWIN HOME EQUITY        MORTGAGE ARRE      3318.62        .00         .00
INTERNAL REVENUE SERVICE PRIORITY         22745.95        .00         .00
INTERNAL REVENUE SERVICE SECURED          31715.70        .00         .00
INTERNAL REVENUE SERVICE UNSECURED         9233.53        .00         .00
TRIAD FINANCIAL CORP     UNSECURED        13376.11        .00         .00
MERRICK BANK             UNSECURED         2483.97        .00         .00
ROSALIND G PARR          DEBTOR ATTY          .00                     .00
TOM VAUGHN               TRUSTEE                                      .00
DEBTOR REFUND            REFUND                                       .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        ---------------   ---------------
TOTALS                     .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |